# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2013

146965

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re BROCKITT, Minors.

SC: 146965
COA: 311097
Sanilac CC Family Division:
11-035529-NA

_____/

On order of the Court, the application for leave to appeal the March 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2013

_____
Clerk

s0507